ASJZ: USAO#2019R00297

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. **GLR-20-0318** |
| | * | |
| **JIMMY DANH,** | * | **(Conspiracy to Defraud the United** |
| | * | **States, 18 U.S.C. § 371; Failure to** |
| Defendant. | * | **Pay Over Employment Taxes, 26** |
| | * | **U.S.C. § 7202)** |
| | * | |
| | * | |

******

# INFORMATION

The United States Attorney for the District of Maryland charges that:

## COUNT ONE
### (Conspiracy to Defraud the United States)

### Introduction

1. The Defendant Jimmy **DANH** was the co-owner of Team Work, Inc (hereafter "TW"). from 2007 through 2015. TW was a Pennsylvania corporation, located in Harrisburg. TW supplied temporary workers to various business in Maryland and Pennsylvania on an as-needed basis. **DANH** co-owned the company with Darasomalee Thach, and they split the profits evenly.

2. The Internal Revenue Service ("IRS") is an agency of the United States Department of the Treasury and is responsible for enforcing the tax laws of the United States and collecting the taxes that are due and owing the United States. One type of tax, commonly referred to as "employment taxes," includes federal income withholding taxes

("withholding taxes") and Federal Insurance Contribution Act ("FICA taxes"), as more particularly described below.

    a. Withholding taxes:  In general, an employer must deduct and withhold income tax on the amount of wages that are paid to its employees, and pay over those withheld income taxes to the IRS. Federal income tax withholding is generally based on the number of allowances claimed by the employee on his or her W-4 Form.

    b. FICA taxes:  FICA taxes are comprised of two parts:  old-age, survivor, and disability insurance, which is commonly referred to as "Social Security," and health insurance, which is commonly referred to as "Medicare."  Social Security taxes are used to fund retirement and disability benefits, while Medicare taxes are used to provide health and medical benefits for the aged and disabled.

3. Employers are required to file with the IRS an Employer's Quarterly Federal Income Tax Return—Form 941 ("Form 941"), on a quarterly basis.  The Form 941 is due at the end of the month following each end of the calendar quarter (April 30, July 31, October 31, and January 31).  The Form 941 is required to report the total amount of the employees' wages and any other compensation subject to withholding, the total amount of income tax withheld, the total amount of FICA taxes due, and the total tax deposits.  Employers are also required to pay over to the IRS these withheld employment taxes at the time of filing the Form 941, along with the employers' share of the FICA taxes.  The corporate official responsible for collecting, accounting for, and paying over the employment taxes is known as the "responsible person."

**Manner and Means of the Conspiracy**

It was part of the conspiracy to defraud that:

4. TW's clients paid TW approximately $10.99 for each hour of work completed by an employee of TW.

5. TW's clients issued lump sum payments for all of the hours worked by TW employees in the form of a check to TW.

6. The agreement between TW's clients and TW was that TW was responsible for the payment of its employees and for all employment withholdings.

7. Once TW received a check from a client for its employees' labor, **DANH** and co-conspirator Thach**,** or another employee, would cash the check using a check-cashing business, and would then pay TW's employees approximately $9.00 per hour in cash.

8. **DANH** and Thach did not maintain business records relating to the operation of TW to include records relating to employees, payroll and tax withholdings.

9. **DANH** and Thach failed to consistently and accurately file Forms 941.

10. For tax years 2011, 2012, 2013, 2014, and 2015, **DANH** and Thach willfully attempted to evade and defeat a large part of the federal income taxes to be withheld from wages, to include, FICA taxes and the withholding tax due and owing to the United States of America.

11. **DANH** and Thach purposefully failed to withhold and pay over employment taxes to the IRS in order to maximize their personal profit.

**Overt Acts**

In furtherance of the conspiracy, and to effect the objects thereof, the following overt acts were committed in the District of Maryland, and elsewhere:

12. On or about September 2007, **DANH** and Thach agreed to incorporate TW for the purpose of operating a labor-leasing business which aimed to underbid potential competitors in order to secure day-labor contracts and to maximize profits by evading employments taxes.

13. From on or about October 1, 2011, through on or about September 30, 2015, TW, under the leadership of **DANH** and Thach, entered into contacts with companies in Maryland and elsewhere to provide day-labor contracts for those companies. In those contracts, TW agreed that it was responsible for the payment of all employment withholdings.

14. From on or about October 1, 2011 through on or about September 30, 2015, TW paid wages totaling approximately $1,611, 849.04, but **DANH** and Thach failed to file Form 941, or underreported the wages on Form 941 submissions, and thus failed to report to the IRS all wages paid to TW's employees.

15. For the tax years 2011, 2012, 2013, 2014, and 2015, **DANH** and Thach failed to report to the IRS all wages paid to their employees at TW. This resulted in underreporting the employee share of the Social Security and Medicare taxes and the withholding tax in the total amount of approximately $249,287.94.

16. Furthermore, for the tax years 2011, 2012, 2013, 2014, and 2015 **DANH** and Thach failed to account for the employer share of the Social Security and Medicare taxes in the total amount of approximately $111,609.91.

17. Therefore, for the tax years 2011, 2012, 2013, 2014, and 2015, **DANH** and Thach failed to withhold and pay over to the IRS a total of $365,972.

### The Conspiracy Charge

18. From in or about November 2013 until in or about 2018, in the District of Maryland and elsewhere, the defendant,

**JIMMY DANH,**

did knowingly and willfully conspire, combine, confederate, and agree with Thach to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful government functions of the Internal Revenue Service of the Treasury Department in the ascertainment, computation, assessment, and collection of income taxes.

18 U.S.C. § 371

## COUNT TWO
### (Willful Failure to Pay Over Employment Taxes)

The United States Attorney for the District of Maryland further charges that:

From on or about October 31, 2015, and continuing thereafter up to and including October 31, 2017, in the Eastern District of Pennsylvania, the District of Maryland, and elsewhere, the defendant,

**JIMMY DANH,**

a resident of Rosedale, Maryland who conducted a business as a Maryland corporation under the name and style of JD Team Work, Inc., with its principal place of business in Rosedale, Maryland, and who, from the quarter ending September 30, 2015, to the quarter ending September 30, 2017, received fees from clients with which to pay his employees and to deduct and collect from the total taxable wages of his employees federal income taxes and FICA taxes. The defendant, during this time period, did willfully fail to truthfully account for and pay over to the IRS, said federal income taxes and FICA taxes due and owing to the United States of America for the quarter ending September 30, 2017, by failing to file Employer's Quarterly Federal Tax Return, Form 941, and by failing to declare on the Form the total wages subject to withholding paid to employees by JD Team Work, Inc., upon which wages there was due and owing to the United States of America federal income taxes withheld from wages and social security taxes in the total approximate amount of $183,758.23.

26 U.S.C. § 7202

*Robert K. Hur/asjz*

Date:   September 29, 2020

Robert K. Hur
United States Attorney